O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WILLIAMS,<br><br>        Petitioner,<br><br>  vs.<br><br>KEVIN R. CHAPPELL (Warden),<br><br>        Respondent. | Case No. CV 12-1338-MMM (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered summarily dismissing this action pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts for lack of subject matter jurisdiction.

DATED: April 30, 2012

                                              MARGARET M. MORROW
                                              UNITED STATES DISTRICT JUDGE