JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WILLIAMS,<br><br>    Petitioner,<br><br>vs.<br><br>KEVIN R. CHAPPELL (Warden),<br><br>    Respondent. | Case No. CV 12-1338-MMM (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in United States District Courts for lack of subject matter jurisdiction.

DATED: April 30, 2012

*/s/ Margaret M. Morrow*

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE